**Order entered April 12, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01124-CV

**ROBERT ALLEN MILLER, Appellant**

**V.**

**SHAWN RAE MILLER, Appellee**

**On Appeal from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-54375-2018**

## ORDER

We **REINSTATE** this appeal.

By order dated February 26, 2019, we ordered the trial court to conduct a hearing and make written findings concerning the accuracy of the reporter's record. The Court has received a supplemental clerk's record with the trial court's written findings. The trial court found the reporter's records from the two hearings on the protective order contain neither inaccuracies nor omissions. By motion filed April 3, 2019, appellant complains about the omission of factual details from the trial court's findings of fact. We **DENY** the motion and **ADOPT** the trial court's findings.

In this Court's February 26th order, we ordered a supplemental reporter's record of the hearing filed by April 10th. To date, the supplemental reporter's record has not been filed. We

**ORDER** Stephanie Hunn, Official Court Reporter for the 469th Judicial District Court, to file the supplemental reporter's record by **April 22, 2019**.

Appellant shall file his brief on the merits by **May 13, 2019**.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Hunn and all parties.


/s/     KEN MOLBERG
             JUSTICE